**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FRANCISCO CLAROS LAINEZ, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. No. 26-2816 |
| | : | |
| JL JAMISON, *et al.*, | : | |
| Respondents. | : | |
| | : | |

**O R D E R**

**AND NOW**, this 6th day of May, 2026, upon consideration of Francisco Claros Lainez's Petition (Doc. No. 1) and the Government's Response (Doc. No. 3), it is hereby **ORDERED** that the Petition (Doc. No. 1) is **GRANTED IN PART** as follows:

1. For the reasons stated in Demirel, **Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)**, and instead may be detained, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a). See Demirel v. Federal Detention Ctr. Philadelphia, No. 25-5488, 2025 WL 3218243 (E.D. Pa. Nov. 18, 2025).

2. All claims against Mullin and Blanche are **DISMISSED**. See Demirel, 2025 WL 3218243, at *2 (quoting Rumsfeld v. Padilla, 542 U.S. 426, 435 (2004)).

3. **On or before** **May 13, 2026**, Respondents **shall provide** Petitioners with a **bond hearing in accordance with 8 U.S.C. § 1226(a)**.

4. Should the IJ deny bond, Respondents **shall provide** Petitioners the opportunity to appeal to the Board of Immigration Appeals.

                                        **AND IT IS SO ORDERED.**

                                           */s/ Paul S. Diamond*

                                          _____

                                          Paul S. Diamond, J.