IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANCISCO CLAROS LAINEZ,  :
              Petitioner,  :
  :
v.  :   Civ. No. 26-2816
  :
JL JAMISON, *et al.*,  :
           Respondents.  :
  :

## ORDER

**AND NOW**, this 29th day of June, 2026, it is hereby **ORDERED** that the

Clerk of Court **SHALL** close this case.

**AND IT IS SO ORDERED.**

_____

**PAUL S. DIAMOND, J.**